**Steven BROWN (Doing Business as Looking Glass Photography), Plaintiff–Appellee,**

v.

**SUBURBAN LIFE PUBLISHING, LLC (Doing Business as Suburban Life Publishing Group), Defendant–Appellant.**

No. 2012–1239.

United States Court of Appeals, Federal Circuit.

May 1, 2012.

Before RADER, Chief Judge, and LINN and PROST, Circuit Judges.

**ORDER**

RADER, Chief Judge.

Stephen Brown ("Brown") moves to dismiss this appeal for lack of jurisdiction. Suburban Life Publishing, LLC ("Suburban Life") opposes and moves to transfer this appeal to the United States Court of Appeals for the Third Circuit.

Suburban Life is appealing from a final judgment of the United States District Court for the Eastern District of Pennsylvania in a copyright infringement case. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. In this case, the district court's jurisdiction does not arise in whole or in part under the patent laws. Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. This court agrees with Suburban that transfer is appropriate here.

Accordingly,

It Is Ordered That:

(1) The motion to dismiss is denied.

(2) The motion to transfer is granted. The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Third Circuit.

(3) All other pending motions are denied as moot.